# 940          CASES REPORTED WITH BRIEF SYLLABI.

In the Matter of JOHN J. McGINNIS, an Attorney.— Report of the official referee, that the respondent be reprimanded, confirmed. Present — Jenks, P. J., Thomas, Stapleton, Mills and Rich, JJ.

In the Matter of the Petition of JOHN W. TRUESDELL, for Leave to Issue Execution upon a Judgment against the Property of THADDEUS K. GREEN-Deceased.— Motion denied, without costs, on the ground that the application for a stay should be made to the Court of Appeals, where the appeal is now pending. (*Van Orden* v. *Van Orden*, 27 App. Div. 136.) Present — Jenks, P. J., Carr, Stapleton and Putnam, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANKLIN H. KALBFLEISCH COMPANY, Appellant.— Motion granted and order resettled as moved for. Present — Jenks, P. J., Carr, Stapleton and Putnam, JJ.

FRANCES ALLEN, Appellant, v. MENAS .S. GREGORY, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion to vacate denied, with ten dollars costs, upon authority of *Cherbuliez* v. *Parsons* (123 App. Div. 815). Jenks, P. J., Carr, Mills, Rich and Putnam, JJ., concurred.

CHARLES V. BARKER, Appellant, v. FRANCES E. BARKER and Others, Defendants. MAUD ARCHER and Others, Appellants; PAULINE MAY and Others, Respondents.— Upon reargument the disposition of the appeal is in accordance with the opinion already written. (See 172 App. Div. 244.) Jenks, P. J., Thomas, Mills, Rich and Putnam, JJ., concurred.

ANTHON BOZEVICH, an Infant, by WLADAS BOZEVICH, His Guardian ad Litem, Appellant, v. WILLIAM A. JAMISON and Others, etc., Defendants; WILLIAM A. JAMISON, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Stapleton, Mills and Rich, JJ.

MARIE BRUNS, Respondent, v. HENRY BRUNS, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Carr, Mills, Rich and Putnam, JJ., concurred.